UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 8:24-cv-00849-DOC-AS |
| Title | Julio Cruz v. Mesa Hab, Inc et al |
| Date | June 21, 2024 |

PRESENT:

**HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
for Karlen Dubon
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [18], hereby orders this action DISMISSED without prejudice. The Court hereby orders all proceedings in the case VACATED and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

                                                                        -   :   -

Initials of Deputy Clerk   rrp/dku

cc: